Garrett S. Garfield, WSBA No. 48375
E-mail: garrett.garfield@hklaw.com
HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, Oregon 97204
Telephone: 503.243.2300
Fax: 503.241.8014

*Attorneys for Plaintiff Cerner Middle East Limited*

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>VANDEVCO LIMITED and ORLAND LTD.,<br><br>                     Debtors. | Case Nos:<br><br>20-42710-MJH (Lead Case)<br><br>20-42711-MJH (Jointly administered under Case No. 20-42710-MJH)<br><br>Chapter 11 |
| CERNER MIDDLE EAST LIMITED,<br><br>                     Plaintiff,<br><br>v.<br><br>BELBADI ENTERPRISES, LLC; VANDEVCO LIMITED; and ORLAND LTD.,<br><br>                     Defendants,<br><br>and<br><br>WILLAMETTE ENTERPRISES LTD. and BELBADI ENGINEERING, LLC,<br><br>                     Nominal Defendants. | Adv. Proc. No. _____<br><br>**COMPLAINT** |

Plaintiff Cerner Middle East Limited ("**Cerner**"), by and through its undersigned counsel, hereby alleges as follows for its complaint in this matter:

COMPLAINT
MAIN CASE NO. 20-42710-MJH
ADV. PROC. NO. _____ – PAGE 1

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

## I. INTRODUCTION

1. This is an adversary proceeding filed under the Washington Uniform Foreign-Country Money Judgments Recognition Act, Wash. Rev. Stat. § 6.40A.010 *et seq.* (the "**Recognition Act**") for recognition and enforcement of a foreign-country money judgment issued by the Abu Dhabi Commercial Court (the "**UAE Trial Court**") on June 21, 2022 in favor of Cerner and against Defendant Belbadi Enterprises, LLC ("**Belbadi**") (the "**UAE Judgment**"). A true and correct copy of the UAE Judgment, together with a certified English translation, is attached as **Exhibit 1**.

2. The UAE Judgment was entered in a lawsuit brought by Cerner against Belbadi in the UAE (the "**UAE Proceeding**") seeking to recover money damages for Belbadi's breach of two unconditional and irrevocable guarantees (the "**Guarantees**") issued by Belbadi to Cerner in 2012 to secure payment of the obligations of underlying obligors iCapital LLC t/k/a iCapital S/E ("**iCapital**"), and iCapital and Belbadi's sole owner Ahmed Saeed Mahmoud Al-Badi Al-Dahari ("**Al Badi**").

3. The UAE Judgment awards Cerner the total amount of Arab Emirati Dirham ("**AED**") 231,035,774, together with interest accruing at 5% from the claim date of January 31, 2022 until full payment. As of February 10, 2023, interest on the UAE Judgment amounts to 11,899,924.80 AED. At the exchange rate current as of February 10, 2023, the total amount due under the UAE Judgment equals approximately $66 million United States Dollars. The UAE Judgment also requires Belbadi to pay Cerner's costs, and expenses and attorneys' fees.

4. On August 29, 2022, the Abu Dhabi Commercial Court -- Appeal -- Second Commercial Appellate Circuit (the "**UAE Appellate Court**") affirmed the UAE Judgment in its entirety (the "**UAE Appeal Judgment**"). A true and correct copy of the UAE Appeal Judgment, together with a certified English translation, is attached as **Exhibit 2**.

5. On December 22, 2022, the Abu Dhabi Court of Cassation upheld the UAE Appeal Judgment and rejected each of Belbadi's contentions seeking to reverse the UAE Appeal Judgment

COMPLAINT
MAIN CASE NO. 20-42710-MJH
ADV. PROC. NO. _____ – PAGE 2

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

(the "**UAE Cassation Judgment**"). A true and correct copy of the Abu Dhabi Court of Cassation's judgment, together with an English translation, is attached as **Exhibit 3**.

6. Recognition and enforcement of the UAE Judgment in this Court is proper because Belbadi's beneficially-owned property located in the State of Washington, includes, but is not limited to:

    a. Belbadi's right to payment of proceeds of approximately $6.5 million currently held in the Court's registry resulting from the April 2017 sale by Debtor/Defendant Vandevco Limited ("**Vandevco**") of two Units of the Vancouver Center, a mixed-use real estate development in Vancouver, Washington;

    b. Belbadi's right to repayment of $10 million in "seed money" provided to Vandevco in 1998 to begin construction of the Vancouver Center;

    c. Belbadi's right to repayment of additional loans provided by Belbadi for further construction of the Vancouver Center that, according to Vandevco's internal records, may have amounted to approximately $100 million; and

    d. Belbadi's equity interest, whether direct or indirect, in Vandevco and Debtor/Defendant Orland Ltd. (together with Vandevco, the "**Debtors**"), and the right of control over the Debtors.

## II. PARTIES

7. Plaintiff Cerner Middle East Limited is a limited company organized under the laws of the Cayman Islands and maintaining a principal place of business located at 2800 Rockcreek Parkway, Kansas City, Missouri 64117.

8. Defendant Belbadi Enterprises, LLC is a limited liability company established in 1978 and organized under the laws of the UAE. Belbadi maintains an address at P.O. Box 27330, Al Khaldiya, Area 3, Abu Dhabi, United Arab Emirates.

COMPLAINT
MAIN CASE NO. 20-42710-MJH
ADV. PROC. NO. _____ – PAGE 3

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

9. Debtor/Defendant Vandevco Limited is a for profit corporation organized under the laws of Washington and a debtor in the above-referenced proceeding (the "**Chapter 11 Proceeding**"). Vandevco maintains a registered agent at SW&W Registered Agents, Inc., 700 Washington St., Suite 701, Vancouver, Washington 98660.

10. Debtor/Defendant Orland Ltd. is a debtor in the Chapter 11 Proceeding and a domestic corporation organized under the laws of Oregon. Orland maintains a registered agent at SW&W Registered Agents, Inc., 1211 SW Fifth Avenue, Suite 1900, Portland, Oregon 97204.

11. Nominal Defendant Willamette Enterprises Ltd. ("**Willamette**") is a limited company organized under the laws of the Cayman Islands and maintaining a registered office at c/o Generis Trust & Corporate Services Ltd., Elgin Court, Elgin Avenue, George Town, Grand Cayman, Cayman Islands KY1-1106. Ziad Elhindi is the sole officer and director of Willamette. Willamette is a shell entity under the control of Belbadi.

12. Nominal Defendant Belbadi Engineering LLC ("**Belbadi Engineering**") is a limited liability company organized under the laws of the UAE and the purported shareholder of 99% of the shares of Willamette. Belbadi Engineering maintains an address at P.O. Box 27330, Al Khaldiya, Area 3, Abu Dhabi, United Arab Emirates. Belbadi is the sole owner of Belbadi Engineering.

## III. JURISDICTION AND VENUE

13. This adversary proceeding is commenced pursuant to Rule 7001 of the Federal Rules of Bankruptcy Procedure.

14. This court has subject matter jurisdiction under 28 U.S.C. §§ 157 and 1334(b). *See, e.g.*, *In re Fietz*, 852 F.2d 455, 457 (9th Cir. 1988).

15. This is a core proceeding under 28 U.S.C. § 157(b)(2).

16. Personal jurisdiction over Belbadi is not required to recognize the UAE Judgment under the Recognition Act because in doing so this Court is simply performing the "ministerial act" of recognizing a foreign-country money judgment. Nonetheless, Belbadi is subject to *quasi*

COMPLAINT
MAIN CASE NO. 20-42710-MJH
ADV. PROC. NO. _____ – PAGE 4

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

*in rem* jurisdiction in this Court for purposes of recognition and enforcement of the UAE Judgment because Belbadi owns property interests in the State of Washington.

17. Belbadi's property interests in Washington include, but are not limited to: (1) proceeds from the sale of portions of the Vancouver Center construction project in Vancouver, Washington, which proceeds are currently held in the Court's registry; (2) loans to Vandevco, including: (a) the $10,000,000 "seed money" investment for the Vancouver Center, and (b) additional construction loans that may amount to $100 million; and (3) a beneficial interest in, and right of control over, the Debtors.

18. This Court has personal jurisdiction over Vandevco because, among other reasons, it is a corporation formed and operating under the laws of Washington.

19. This Court has personal jurisdiction over Orland because: (i) Orland's sole officer maintains an address in Washington and has transacted business in Washington; and (ii) upon, information and belief, Orland has regularly transacted business in Washington and with Washington entities with respect to matters in this case.

20. Venue is proper in this Court pursuant to 28 U.S.C. § 1409(a).

## IV. THE GUARANTEES AND UAE JUDGMENT

21. On or about December 17, 2012 Belbadi executed the Guarantees in favor of Cerner, guaranteeing payment of the obligations of non-party iCapital.

22. On January 31, 2022, Cerner filed the UAE Proceeding in the UAE Trial Court seeking an award of damages for Belbadi's breach of its obligations under the Guarantees.

23. Belbadi appeared in the UAE Proceeding and asserted defenses to Cerner's claims.

24. On June 21, 2022, the UAE Trial Court entered the UAE Judgment, resolving Cerner's claims in favor of Cerner and against Belbadi in the amount of AED 231,035,774, together with interest accruing at 5% from the claim date of January 31, 2022 until full payment. The UAE Judgment further requires Belbadi to pay Cerner's costs and attorneys' fees.

25. Belbadi appealed the UAE Judgment to the UAE Appellate Court.

COMPLAINT
MAIN CASE NO. 20-42710-MJH
ADV. PROC. NO. _____ – PAGE 5

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

26. On August 29, 2022, the UAE Appellate Court issued the UAE Appeal Judgment that denied Belbadi's appeal and affirmed the UAE Judgment in full. The UAE Appeal Judgment further requires Belbadi to pay Cerner's costs and attorneys' fees.

27. Belbadi appealed the UAE Appeal Judgment to the Abu Dhabi Court of Cassation.

28. On December 22, 2022, the Abu Dhabi Court of Cassation issued the UAE Cassation Judgment upholding the UAE Appeal Judgment and rejecting each of Belbadi's contentions seeking to reverse the UAE Appeal Judgment.

29. All avenues for appeal of the UAE Judgment have been exhausted, and the UAE Judgment is enforceable and executable. Cerner has commenced execution proceedings in Abu Dhabi, UAE.

## VI. BELBADI'S PROPERTY INTERESTS IN WASHINGTON AND OREGON

30. Belbadi owns the following property interests in Washington:

   a. The right to payment of proceeds of approximately $6.5 million currently held in the Court's registry resulting from the April 2017 sale by Vandevco of portions of the Vancouver Center;

   b. The right to repayment of $10 million in "seed money" that Belbadi provided directly to Vandevco in or around 1998 to commence construction of the Vancouver Center;

   c. The right to repayment of additional loans provided by Belbadi for further construction of the Vancouver Center which, according to Vandevco's internal records, may have amounted to approximately $100 million; and

   d. The equity interest, whether direct or indirect, in the Debtors, and the right of control over the Debtors.

31. Despite Willamette and Belbadi Engineering's presence in the ostensible corporate structure of the Belbadi group, Belbadi owns, whether directly or indirectly, the beneficial interest

COMPLAINT
MAIN CASE NO. 20-42710-MJH
ADV. PROC. NO. _____ – PAGE 6

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

in, or the right of repayment to, the foregoing debt and equity interests, each of which may properly be levied upon to satisfy the UAE Judgment.

**FIRST COUNT**
**(Recognition and Enforcement of the UAE Judgment Under the Washington Uniform Foreign-Country Money Judgments Recognition Act, Wash. Rev. Stat. 6.40A.010 *et seq.*)**

32. Cerner repeats and re-alleges the allegations of paragraphs 1–31 above.

33. The UAE Judgment is a "foreign-country judgment" as defined in Wash. Rev. Stat. 6.40A.010(2) because it was issued by a court in the United Arab Emirates, a foreign country.

34. The UAE Judgement awards Cerner a sum of money in the total amount of $231,035,774 AED together with interest accruing at 5% from the claim date of January 31, 2022 until full payment, as contemplated by Wash. Rev. Stat. 6.40A.020(1)(a). The total amount due as of the date of the filing of this complaint (not including costs and attorneys' fees) is approximately $66 million United States Dollars.

35. The UAE Judgment is final, conclusive, and enforceable in the UAE, the jurisdiction in which it was rendered, as contemplated by Wash. Rev. Stat. 6.40A.020(1)(b).

36. The UAE Judgment awards damages for Belbadi's breaches of contract, and is thus not a judgment for taxes, a fine or other penalty, or a judgment for divorce, support, or maintenance, or other judgment rendered in connection with domestic relations, as contemplated by Wash. Rev. Stat. 6.40A.020(2).

37. Under Wash. Rev. State 6.40A.030, the UAE Judgment should accordingly be recognized by this Court, such that the UAE Judgment is conclusive between Belbadi and Cerner and is enforceable in the same manner and to the same extent as a judgment rendered in Washington.

WHEREFORE, having stated its claim for relief, Cerner requests that the Court grant the following relief:

    a. Enter judgment against Belbadi recognizing the UAE Judgment under the Recognition Act as a valid foreign-country judgment, such that the UAE

COMPLAINT
MAIN CASE NO. 20-42710-MJH
ADV. PROC. NO. _____ – PAGE 7

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

1 | Judgment is conclusive between the parties and enforceable against Belbadi's property in Washington in the same manner and to the same extent as a judgment rendered in Washington;

b. Award Cerner its costs and expenses incurred in prosecuting this action; and

c. Award such other or further relief in Cerner's favor that the Court deems just and proper.

DATED: February 10, 2023

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: *s/ Garrett S. Garfield*
    Garrett S. Garfield, WSBA No. 48375
    E-mail: garrett.garfield@hklaw.com
    601 SW Second Avenue, Suite 1800
    Portland, Oregon 97204
    Telephone: 503.243.2300
    Fax: 503.241.8014

    Warren E. Gluck, *Pro Hac Vice Forthcoming*
    Elliot A. Magruder, *Pro Hac Vice Forthcoming*
    E-mail: warren.gluck@hklaw.com
           elliot.magruder@hklaw.com
    31 W. 52nd Street
    New York, New York 10019
    Telephone: 212.513.3200

    Richard A. Bixter Jr., *Pro Hac Vice Forthcoming*
    Email: richard.bixter@hklaw.com
    150 N. Riverside Plaza, Suite 2700
    Chicago, Illinois 60606
    Telephone: 312.422.9032

*Attorneys for Plaintiff Cerner Middle East Limited*

COMPLAINT
MAIN CASE NO. 20-42710-MJH
ADV. PROC. NO. _____ – PAGE 8

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300