_____

UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>VANDEVCO LIMITED and ORLAND LTD.,<br><br>                           Debtors. | Case Nos:<br><br>20-42710-MJH (Lead Case)<br><br>20-42711-MJH (Jointly administered under Case No. 20-42710-MJH)<br><br>Chapter 11 |
| CERNER MIDDLE EAST LIMITED,<br><br>                           Plaintiff,<br><br>v.<br><br>BELBADI ENTERPRISES, LLC; VANDEVCO LIMITED; and ORLAND LTD.,<br><br>                           Defendants,<br><br>and<br><br>WILLAMETTE ENTERPRISES LTD. and BELBADI ENGINEERING, LLC,<br><br>                           Nominal Defendants. | Adv. Proc. No. 23-04006-MJH<br><br>**<u>ORDER GRANTING PLAINTIFF CERNER MIDDLE EAST LIMITED'S: (1) RENEWED MOTION FOR THE COURT TO PRESCRIBE AN ANSWER DEADLINE; AND (2) MOTION TO AUTHORIZE ALTERNATIVE SERVICE OF PROCESS ON DEFENDANTS BELBADI ENTERPRISES, LLC AND BELBADI ENGINEERING, LLC</u>** |

ORDER GRANTING PLAINTIFF'S: (1) RENEWED MOTION TO PRESCRIBE ANSWER DEADLINE; AND (2) MOTION FOR ALTERNATIVE SERVICE OF PROCESS
CASE No. 23-04006-MJH – PAGE 1

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, Oregon 97204
Telephone: 503.243.2300

Case 23-04006-MJH     Doc 28     Filed 08/28/23     Ent. 08/28/23 13:07:23     Pg. 1 of 3

THIS MATTER came before the Court on Plaintiff Cerner Middle East Limited's ("**Cerner**"): (1) Renewed Motion for the Court to Prescribe an Answer Deadline and; (2) Motion for Alternative Service of the Summons and Complaint on Defendant Belbadi Enterprises, LLC and Nominal Defendant Belbadi Engineering, LLC (together, the "**Motions**"). The Court having considered the Motion and heard the arguments of counsel, and being fully advised, it is hereby

ORDERED that:

1. Defendant Belbadi Enterprises, LLC and Nominal Defendant Belbadi Engineering, LLC are directed pursuant to Fed. R. Bankr. P. 7012(a) to answer the complaint within 15 days of the date process is served by the methods outlined below;

2. Cerner is authorized to effectuate alternative service of process on Belbadi Enterprises, LLC and Belbadi Engineering, LLC, such that service will be deemed complete upon mailing of the summons and complaint, marked "Attn: Belbadi Enterprises, LLC," or "Attn: Belbadi Engineering, LLC," by the following methods:

    a. USPS International Mail to Belbadi Enterprises, LLC's office in the UAE, located at Office No. 4, Floor 201A, Al Saman Office Tower, Al Ghats 2, Al Markazyiah, Abu Dhabi, UAE;

    b. USPS International Mail to Belbadi Enterprises, LLC's post office box, P.O. Box 27330, Abu Dhabi, UAE;

    c. Email to attorneys for Debtors/Defendants Vandevco Limited and Orland Ltd.; and to the following additional email addresses: ahmedsalbadi@gmail.com, remah6222@gmail.com, gopal.krishnan@belbadi.ae, faris@belbadi.ae, belbadi@belbadi.ae, and jafer@belbadi.ae.

///End of Order///

ORDER GRANTING PLAINTIFF'S: (1) RENEWED MOTION TO PRESCRIBE ANSWER DEADLINE; AND (2) MOTION FOR ALTERNATIVE SERVICE OF PROCESS
CASE No. 23-04006-MJH – PAGE 2

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, Oregon 97204
Telephone: 503.243.2300

Case 23-04006-MJH    Doc 28    Filed 08/28/23    Ent. 08/28/23 13:07:23    Pg. 2 of 3

Presented by:

HOLLAND & KNIGHT LLP

By: *s/ Garrett S. Garfield*
    Garrett S. Garfield, WSBA No. 48735
    E-mail: garrett.garfield@hklaw.com
    HOLLAND & KNIGHT LLP
    601 SW Second Avenue, Suite 1800
    Portland, Oregon 97204
    Telephone: 503.243.2300
    Fax: 503.241.8014

    *Attorneys for Plaintiff Cerner Middle East Limited*

ORDER GRANTING PLAINTIFF'S: (1) RENEWED MOTION TO PRESCRIBE ANSWER DEADLINE; AND (2) MOTION FOR ALTERNATIVE SERVICE OF PROCESS
CASE No. 23-04006-MJH – PAGE 3

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, Oregon 97204
Telephone: 503.243.2300

Case 23-04006-MJH     Doc 28     Filed 08/28/23     Ent. 08/28/23 13:07:23     Pg. 3 of 3