UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>VANDEVCO LIMITED and ORLAND LTD.,<br><br>　　　　　　　　　　Debtors. | Case Nos:<br><br>20-42710-MJH (Lead Case)<br><br>20-42711-MJH (Jointly administered under Case No. 20-42710-MJH)<br><br>Chapter 11 |
| CERNER MIDDLE EAST LIMITED,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BELBADI ENTERPRISES, LLC; VANDEVCO LIMITED; and ORLAND LTD.,<br><br>　　　　　　Defendants,<br><br>and<br><br>WILLAMETTE ENTERPRISES LTD. and BELBADI ENGINEERING, LLC,<br><br>　　　　　　Nominal Defendants. | Adv. Proc. No. 23-04006-MJH<br><br>**AFFIDAVIT OF SERVICE**<br><br>(Relates to ECF Nos. 1, 3 and 28) |

　　　STATE OF NEW YORK　　)
　　　　　　　　　　　　　　) ss
　　　COUNTY OF NEW YORK　)

AFFIDAVIT OF SERVICE
MAIN CASE NO. 20-42710-MJH
ADV. PROC. NO. 23-04006-MJH — PAGE 1

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, Oregon 97204
Telephone: 503.243.2300

I, Elliot A. Magruder, being over 18 years of age and duly sworn, state that, on August 29, 2023, I caused true and correct copies of Plaintiff Cerner Middle East Limited's Complaint [ECF No. 1], the Summons issued by the Clerk of Court [ECF No. 3], and the Court's Order Granting Plaintiff Cerner Middle East Limited's: (1) Renewed Motion for the Court to Prescribe an Answer Deadline; and (2) Motion to Authorize Alternative Service of Process on Defendants Belbadi Enterprises, LLC and Belbadi Engineering, LLC [ECF No. 28] to be mailed to Defendant Belbadi Enterprises, LLC (marked, "ATTN: Belbadi Enterprises, LLC") and to Nominal Defendant Belbadi Engineering, LLC (marked, "ATTN: Belbadi Engineering, LLC") in the following manner:

**By USPS International Mail**:

Office, No. 4, Floor 201A
Al Saman Office Tower
Al Ghats 2, Al Markazyiah
Abu Dhabi, United Arab Emirates

P.O. Box 27330
Abu Dhabi, United Arab Emirates

**By Email**: (1) joe@fieldjerger.com and philh@landerholm.com, attorneys for Debtors/Defendants Vandevco Limited and Orland Ltd.; (2) ahmedsalbadi@gmail.com; (3) remah622@gmail.com; (4) gopal.krishnal@belbadi.ae; (5) faris@belbadi.ae; (6) belbadi@belbadi.ae; and (7) jafer@belbadi.ae.

Executed this 14th day of September 2023 in New York, New York.

*Elliot Magruder*
_____
Elliot A. Magruder

AFFIDAVIT OF SERVICE
MAIN CASE NO. 20-42710-MJH
ADV. PROC. NO. 23-04006-MJH — PAGE 2

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, Oregon 97204
Telephone: 503.243.2300

Case 23-04006-MJH    Doc 30    Filed 09/14/23    Ent. 09/14/23 13:56:32    Pg. 2 of 3

Sworn to before me this 14th day of September 2023 by Elliot Magruder.

*Deanna Faye Davis* Deanna Faye Davis
Notary Public

State of Florida   County of Seminole

DEANNA FAYE DAVIS
Notary Public - State of Florida
Commission # HH261683
Expires on May 5, 2026

___ Personally Known OR ✓ Produced Identification
Type of Identification Produced ___DRIVER LICENSE___

Notarized online using audio-video communication

AFFIDAVIT OF SERVICE
MAIN CASE NO. 20-42710-MJH
ADV. PROC. NO. 23-04006-MJH — PAGE 3

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, Oregon 97204
Telephone: 503.243.2300

Case 23-04006-MJH    Doc 30    Filed 09/14/23    Ent. 09/14/23 13:56:32    Pg. 3 of 3