**Submitted But not Entered.**



_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

**Several of the email addresses in the Affidavit of Service at ECF No. 30 do not match those contained in the order authorizing alternative service at ECF No. 28, page 2 line 21.**

UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Case Nos: |
| VANDEVCO LIMITED and ORLAND LTD., | 20-42710-MJH (Lead Case) |
| Debtors. | 20-42711-MJH (Jointly administered under Case No. 20-42710-MJH) |
| | Chapter 11 |
| CERNER MIDDLE EAST LIMITED, | Adv. Proc. No. 23-04006-MJH |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF CERNER MIDDLE EAST LIMITED'S EX PARTE MOTION FOR ENTRY OF ORDER OF DEFAULT AGAINST DEFENDANT BELBADI ENTERPRISES, LLC AND NOMINAL DEFENDANTS WILLAMETTE ENTERPRISES, LTD. AND BELBADI ENGINEERING, LLC** |
| BELBADI ENTERPRISES, LLC; VANDEVCO LIMITED; and ORLAND LTD., | |
| Defendants, | |
| and | |
| WILLAMETTE ENTERPRISES LTD. and BELBADI ENGINEERING, LLC, | |
| Nominal Defendants. | |

ORDER GRANTING PLAINTIFF'S EX PARTE MOTION
FOR ENTRY OF ORDER OF DEFAULT
CASE No. 23-04006-MJH – PAGE 1

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, Oregon 97204
Telephone: 503.243.2300

Case 23-04006-MJH    Doc 33    Filed 09/20/23    Ent. 09/20/23 13:29:39    Pg. 1 of 2

1    THIS MATTER came before the Court on Plaintiff Cerner Middle East Limited's ("**Cerner**") Motion for Entry of Order of Default Against Defendant Belbadi Enterprises, LLC and Nominal Defendants Willamette Enterprises, Ltd. and Belbadi Engineering, LLC. Having considered the applicable facts and law set forth therein, it is hereby

ORDERED that:

1. An Order of Default be entered against Defendant Belbadi Enterprises, LLC; and against Nominal Defendants Willamette Enterprises, Ltd. and Belbadi Engineering, LLC.

///End of Order///

Presented by:

HOLLAND & KNIGHT LLP

By: *s/ Garrett S. Garfield*
    Garrett S. Garfield, WSBA No. 48735
    E-mail: garrett.garfield@hklaw.com
    HOLLAND & KNIGHT LLP
    601 SW Second Avenue, Suite 1800
    Portland, Oregon 97204
    Telephone: 503.243.2300
    Fax: 503.241.8014

    *Attorneys for Plaintiff Cerner Middle East Limited*

ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR ENTRY OF ORDER OF DEFAULT
CASE No. 23-04006-MJH – PAGE 2

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, Oregon 97204
Telephone: 503.243.2300

Case 23-04006-MJH    Doc 33    Filed 09/20/23    Ent. 09/20/23 13:29:39    Pg. 2 of 2