UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>VANDEVCO LIMITED and ORLAND LTD.,<br><br>                            Debtors. | Case Nos:<br><br>20-42710-MJH (Lead Case)<br><br>20-42711-MJH (Jointly administered under Case No. 20-42710-MJH)<br><br>Chapter 11 |
| CERNER MIDDLE EAST LIMITED,<br><br>                       Plaintiff,<br><br>v.<br><br>BELBADI ENTERPRISES, LLC; VANDEVCO LIMITED; and ORLAND LTD.,<br><br>                       Defendants,<br><br>and<br><br>WILLAMETTE ENTERPRISES LTD. and BELBADI ENGINEERING, LLC,<br><br>                       Nominal Defendants. | Adv. Proc. No. 23-04006-MJH<br><br>**<u>AFFIDAVIT</u>**<br><br>(Relates to ECF Nos. 1, 3, 28, 30 and 33) |

     STATE OF NEW YORK    )

                                    ) ss

     COUNTY OF NEW YORK  )

AFFIDAVIT
MAIN CASE NO. 20-42710-MJH
ADV. PROC. NO. 23-04006-MJH — PAGE 1

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, Oregon 97204
Telephone: 503.243.2300

Case 23-04006-MJH    Doc 34    Filed 10/03/23    Ent. 10/03/23 09:53:20    Pg. 1 of 3

I, Elliot A. Magruder, being over 18 years of age and duly sworn, state as follows:

1. I am attorney with the law firm Holland & Knight LLP, counsel of record for Plaintiff Cerner Middle East Limited ("**Cerner**"). I make the following statements based on my personal knowledge of the matters asserted and upon my review of the relevant documents, including the Court's Order, entered on September 20, 2023. ECF No. 33.

2. I submit this Affidavit to supplement the Affidavit of Service that I provided on September 14, 2023. ECF No. 30.

3. That Affidavit of Service accurately describes the mail service on Defendants Belbadi Enterprises, LLC and Belbadi Engineering, LLC via USPS International Mail and the email service on five of the seven email addresses, each as required by the Court's August 28, 2023 Order (the "**Alternative Service Order**"). ECF No. 28

4. My prior Affidavit of Service inadvertently misstated that service had been effectuated on gopal.krishnal@belbadi.ae, a different email address than specified by the Court in the Alternative Service Order.

5. In fact, on August 29, 2023, I caused the summons and complaint to be served on gopal.krishnan@belbadi.ae, the correct email address, in accordance with the Alternative Service Order. The statement in my prior affidavit with respect to email service upon this particular email address was merely a typographical error, but the correct email address was served.

6. The Alternative Service Order also requires email service upon remah6222@gmail.com. On August 29, 2023, I inadvertently sent an email to the incorrect email address remah622@gmail.com.

7. On September 20, 2023, I caused the summons and complaint to be served on remah6222@gmail.com, the correct email address, in accordance with the Alternative Service Order.

AFFIDAVIT
MAIN CASE NO. 20-42710-MJH
ADV. PROC. NO. 23-04006-MJH — PAGE 2

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, Oregon 97204
Telephone: 503.243.2300

Case 23-04006-MJH    Doc 34    Filed 10/03/23    Ent. 10/03/23 09:53:20    Pg. 2 of 3

Executed this 2nd day of October 2023 in New York, New York.

*Elliot Magruder*
Elliot A. Magruder

State of Texas County of Bexar

Sworn to before me this 2nd day of October 2023 by Elliot Magruder.

*Christine Martinez Garcia*
Notary Public

Christine Martinez Garcia
ID NUMBER
13335056-8
COMMISSION EXPIRES
September 23, 2025

Notarized online using audio-video communication

#228855982_v2

AFFIDAVIT
MAIN CASE NO. 20-42710-MJH
ADV. PROC. NO. 23-04006-MJH — PAGE 3

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, Oregon 97204
Telephone: 503.243.2300

Case 23-04006-MJH    Doc 34    Filed 10/03/23    Ent. 10/03/23 09:53:20    Pg. 3 of 3